IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| DL Farms LLC, and Darren Tronson,<br><br>  Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture, Risk Management Agency, and Marcia Bunger,<br><br>  Defendants. | Case No. 3:23-CV-00041<br><br>**STIPULATION FOR DISMISSAL** |

[¶1]   The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of all claims in this lawsuit without prejudice, with each party to bear its costs and fees.

Dated this 27th day of June, 2023.

/s/ Matthew D. Kirschenmann
Michelle M. Donarski (ND #05316)
Matthew D. Kirschenmann (ND #08222)
ABST Law
4132 30th Ave S, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mdonarski@abstlaw.net
mkirschenmann@abstlaw.net
Attorneys for Plaintiffs

Dated this 27th day of June, 2023.

          MAC SCHNEIDER
          United States Attorney

          */s/ Melissa H. Burkland*
          Melissa H. Burkland (WI #1071443)
          Assistant United States Attorney
          655 First Avenue North, Suite 250
          Fargo, ND 58102-4932
          (701) 297-7400
          Melissa.burkland@usdoj.gov

          Michael D. Schoepf (ND #07076)
          Assistant United States Attorney
          PO Box 699
          Bismarck, ND 58502-0699
          (701) 530-2420
          michael.schoepf@usdoj.gov
          Attorneys for United States